UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCIN STANISLAW GARBACZ,<br><br>Defendant. | 5:19-CR-50072-KES<br><br><br>ORDER AUTHORIZING PAYMENT FROM INMATE TRUST ACCOUNT |

The United States moves this Court pursuant to 18 U.S.C. §§ 3613(a), 3664(n), and 3664(k), and *United States v. Kidd*, 23 F.4th 781 (8th Cir. 2022), for an Order authorizing the Federal Bureau of Prisons to turn over to the Clerk of Court funds in the amount of $695.01 from the inmate trust account of Defendant Marcin Stanislaw Garbacz, as payment towards the criminal monetary penalties imposed in this case. The time for response has passed and no objection was filed.

Good cause appearing, it is

ORDERED that the motion of the United States (Docket 183) is granted. It is

FURTHER ORDERED that the Bureau of Prisons is hereby authorized to turn over to the Clerk of the Court, and the Clerk shall accept, funds in the amount of $695.01 currently held in the Bureau of Prisons trust account for

the following inmate: Marcin Stanislaw Garbacz Register Number: 49482-086. The Clerk shall apply these funds as payment for the criminal monetary penalties owed by the defendant in this case.

    Dated April 15, 2025.

                              BY THE COURT:

                              /s/ *Karen E. Schreier*
                              KAREN E. SCHREIER
                              UNITED STATES DISTRICT JUDGE